467 A.2d 45

Commonwealth v. Lawson, Appellant.

Submitted May 12, 1983.  John Frank Raimondi, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.